UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNA NERY, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> NORTHLAND GROUP, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 18-cv-7255 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1367, defendant, Radius Global Solutions, LLC *formerly known as* Northland Group, Inc. ("RGS"), hereby removes the above captioned civil action from the Supreme Court of Suffolk County, New York, to the United States District Court for the Eastern District of New York. The removal of this civil action is proper because:

1. Plaintiff, Joanna Nery ("plaintiff"), filed suit in the Supreme Court of the State of New York, County of Suffolk, captioned as *Joanna Nery, on behalf of herself and all others similarly situated v. Northland Group, Inc.,* Case No. 614631/18 (hereinafter the "State Court Action"), against RGS.

2. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, RGS removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The Summons with Notice in the State Court Action (hereinafter the "Notice") asserts claims under the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331.

5. Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with the Notice on November 20, 2018. This Notice of Removal is being filed within 30 days from effective service of the Notice on RGS.

6. Attached hereto as **Exhibit A** and incorporated by reference as part of this Notice of Removal is a true and correct copy of the Summons with Notice and filings in the State Court Action. No further proceedings have taken place in the State Court Action.

7. A copy of this Notice of Removal is being sent concurrently to the Supreme Court of the State of New York, County of Suffolk. See **Exhibit B,** attached hereto.

8. The Supreme Court of the State of New York, County of Suffolk is located within the Eastern District of New York. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of New York embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

9. Removal of plaintiff's State Court Action is proper under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Radius Global Solutions, LLC *formerly known as* Northland Group, Inc., hereby removes the State Court Action to this Honorable Court.

Dated: December 20, 2018　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kirsten H. Smith*
　　　　　　　　　　　　　　　　　　　　Kirsten H. Smith (ks4074)
　　　　　　　　　　　　　　　　　　　　SESSIONS FISHMAN NATHAN & ISRAEL
　　　　　　　　　　　　　　　　　　　　3850 N. Causeway Blvd., Suite 200
　　　　　　　　　　　　　　　　　　　　Metairie, LA 70002
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 846-7943
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 828-3737
　　　　　　　　　　　　　　　　　　　　E-Mail:  ksmith@sessions.legal
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　　　*Radius Global Solutions, LLC f/k/a*
　　　　　　　　　　　　　　　　　　　　*Northland Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York and served upon the following via FedEx:

Mitchell L. Pashkin, Esq.
Law Office of Mitchell L. Pashkin
775 Park Avenue, Suite 255
Huntington, NY 11743
Telephone: (631) 629-7709
E-mail: mpash@verizon.net
*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Kirsten H. Smith*
　　　　　　　　　　　　　　　　　　　　Kirsten H. Smith